UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

KATHLEEN ASHTON, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS ASHTON;
JOHN ASHTON, as surviving parent of THOMAS ASHTON, Deceased;
MARY BUCKLEY, as surviving Sibling of THOMAS ASHTON, Deceased;
COLLEEN AMATO, as surviving Sibling of THOMAS ASHTON, Deceased;

LORRAINE ABAD, Individually, as surviving Spouse, and Personal Representative of the Estate of EDELMIRO ABAD, Deceased;

GWYNETTA HURST ROSSI, Individually, as surviving Parent, and Personal Representative of the Estate of SHANNON L. ADAMS, Deceased;
KYLE ADAMS-FLOYD, as surviving Sibling of SHANNON L. ADAMS, Deceased;
MICHAEL J. ADAMS, as surviving Sibling of SHANNON L. ADAMS, Deceased;

MARY E. ADDERLEY, Individually, as surviving Parent, and Personal Representative of the Estate of TERENCE ADDERLEY, JR., Deceased;

CARMEN AGNES, Individually, as surviving Parent, and Personal Representative of the Estate of DAVID AGNES, Deceased;

MILTIADIS AHLADIOTIS, Individually, as surviving Parent, and Personal Representative of the Estate of JOANNE AHLADIOTIS, Deceased;
EFFIE AHLADIOTIS-SALLOUM, as surviving Sibling of JOANNE AHLADIOTIS, Deceased;

KIM TRIMINGHAM-AIKEN, Individually, as surviving Spouse, and Personal Representative of the Estate of TERRANCE AIKEN, Deceased;

DONNA L. ALBERT, Individually, as surviving Spouse, and Personal Representative of the Estate of JON L. ALBERT, Deceased;

03 MDL 1570 (GBD)(SN)

Civil Case No. _____

**CONSOLIDATED COMPLAINT**

**Kreindler & Kreindler LLP**

**McGarry Salzman Penson & Lim**

JOSEPHINE ALGER, Individually, as surviving Spouse, and Personal Representative of the Estate of DAVID D. ALGER, Deceased;

ANGELICA ALLEN, Individually, as surviving Spouse, and Personal Representative of the Estate of ERIC ALLEN, Deceased;

EMILY YAREMBINSKY, Individually, as surviving Child, and Personal Representative of the Estate of ANGELO AMARANTO, Deceased;

DEBORAH AMATO, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES M. AMATO, Deceased;

GEORGE ANDRUCKI, Individually, as surviving Parent, and Personal Representative of the Estate of JEAN ANDRUCKI, Deceased;

ANNE ANGELINI, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH J. ANGELINI, SR., Deceased;

PERRY ORETZKY, as Personal Representative of the Estate of DAVID L. ANGELL, Deceased;

PERRY ORETZKY, as Personal Representative of the Estate of MARY LYNN EDWARDS ANGELL, Deceased;

KATHLEEN APOSTOL, Individually, as surviving Spouse, and Personal Representative of the Estate of FAUSTINO APOSTOL, JR., Deceased;

ALEXANDER ARANYOS, Individually, as surviving Spouse, and Personal Representative of the Estate of PATRICK ARANYOS, Deceased;

MARGARET ARCE, Individually, as surviving Parent, and Personal Representative of the Estate of DAVID ARCE, Deceased;

VICKIE ARESTEGUI, Individually, as surviving Sibling, and Personal Representative of the Estate of BARBARA ARESTEGUI, Deceased;

MARGIT ARIAS, Individually, as surviving Spouse, and
Personal Representative of the Estate of ADAM P.
ARIAS, Deceased;

EVELYN ARON, Individually, as surviving Spouse, and
Personal Representative of the Estate of JACK C.
ARON, Deceased;

LORI ANN ARCZYNSKI, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MICHAEL G. ARCZYNSKI, Deceased;

JOANN ATLAS, Individually, as surviving Spouse, and
Personal Representative of the Estate of GREGG A.
ATLAS, Deceased;

NANCY BADAGLIACCA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN BADAGLIACCA, Deceased;

CHRISTINA BAKSH, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MICHAEL BAKSH, Deceased;

JOANNE BARBARA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
GERARD BARBARA, Deceased;
PAUL BARBARA, as surviving Child of GERARD
BARBARA, Deceased;
CAREN VILLARREAL, as surviving Child of
GERARD BARBARA, Deceased;

MONICA BARBELLA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JAMES W. BARBELLA, Deceased;

DIANNE M. WALSH, Individually, as surviving
Sibling, and Personal Representative of the Estate of
CHRISTINE BARBUTO, Deceased;

DANIEL F. BARKOW, Individually, as surviving
Spouse, and Personal Representative of the Estate of
COLLEEN BARKOW, Deceased;

JEANNINE P. BARON, Individually, as surviving
Spouse, and Personal Representative of the Estate of
EVAN J. BARON, Deceased;
ETHAN BARON, as surviving Child of EVAN J.
BARON, Deceased;
JEANNINE P. BARON on behalf of JULIA BARON,
minor, as surviving Child of EVAN J. BARON,
Deceased;

JANE BARTELS, Individually, as surviving Spouse, and
Personal Representative of the Estate of CARLTON
BARTELS, Deceased;

VLADIMIR BASIN, Individually, as surviving Spouse,
and Personal Representative of the Estate of INNA
BASINA, Deceased;

ELAINE LEINUNG, Individually, as surviving Parent,
and Personal Representative of the Estate of PAUL
BATTAGLIA, Deceased;

KIMBERLY K. BEAVEN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ALAN BEAVEN, Deceased;

MICHELLE LAVARONE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
CARL BEDIGIAN, Deceased;

LOWELL BELL, Individually, as surviving Parent, and
Personal Representative of the Estate of NINA P. BELL,
Deceased;
PATRICIA BELL, as surviving Parent of NINA P.
BELL, Deceased;
LOWELL F. BELL, as surviving Sibling of NINA P.
BELL, Deceased;
DEBORAH HARRISON, as surviving Sibling of NINA
P. BELL, Deceased;

JOSEPH BERARDI, Individually, as surviving Parent,
and Personal Representative of the Estate of DOMINICK
J. BERARDI, Deceased;

SUSAN BERGER, Individually, as surviving Spouse,
and Personal Representative of the Estate of STEVEN H.
BERGER, Deceased;

MELISSA BERGER, as surviving Child of STEVEN H.
BERGER, Deceased;

MADELINE BERGIN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN BERGIN, Deceased;
KATIE BERGIN, as surviving Child of JOHN BERGIN,
Deceased;
SHANNON BERGIN, as surviving Child of JOHN
BERGIN, Deceased;
JOHN BERGIN, as surviving Child of JOHN BERGIN,
Deceased;

LOURDES PEREZ-BERKELEY, Individually, as
surviving Spouse, and Personal Representative of the
Estate of MICHAEL J. BERKELEY, Deceased;

CHARLES BERKELEY, Individually, as surviving
Parent, and Co-Personal Representative of the Estate of
GRAHAM A. BERKELEY, Deceased;
PAULINE BERKELEY, Individually, as surviving
Parent, and Co-Personal Representative of the Estate of
GRAHAM A. BERKELEY, Deceased;

PAULA BERRY, Individually, as surviving Spouse, and
Personal Representative of the Estate of DAVID S.
BERRY, Deceased;

VALERIE BETHKE, Individually, as surviving Spouse,
and Personal Representative of the Estate of WILLIAM
R. BETHKE, Deceased;

SIRAK BETRU, Individually, as surviving Sibling, and
Personal Representative of the Estate of YENENEH
BETRU, Deceased;

THERESA CLARNER, Individually, as surviving
Parent, and Personal Representative of the Estate of
PETER BEIFELD, Deceased;

ARLENE BEYER, Individually, and as Estate
Representative of the Estate of Arlene Beyer, Deceased
and on behalf of all survivors of Arlene Beyer;

MIRIAM BIEGELEISEN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
SHIMMY D. BIEGELEISEN, Deceased;

CHRISTINE BINI, Individually, as surviving Spouse,
and Personal Representative of the Estate of CARL
BINI, Deceased;
STEFANIE PARISH, as surviving Child of CARL BINI,
Deceased;
DESIREE DIDONNA, as surviving Child of CARL
BINI, Deceased;

MARCEL BIRNBAUM, Individually, as surviving
Parent, and Personal Representative of the Estate of
JOSHUA BIRNBAUM, Deceased;

DEBORAH BLANDING, Individually, as surviving
Spouse, and Personal Representative of the Estate of
HARRY A. BLANDING, JR., Deceased;
BENJAMIN BLANDING, as surviving Child of
HARRY A. BLANDING, JR., Deceased;

KRIS BLOOD, Individually, as surviving Spouse, and
Personal Representative of the Estate of RICHARD M.
BLOOD, JR., Deceased;
MICHAEL BLOOD, as surviving Child of RICHARD
M. BLOOD, JR., Deceased;
MADELINE BLOOD, as surviving Child of RICHARD
M. BLOOD, JR. Deceased;

DOROTHY A. BOGDAN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
NICHOLAS BOGDAN, Deceased;
DOROTHY A. BOGDAN on behalf of EMILY
BOGDAN, minor, as surviving Child of NICHOLAS
BOGDAN, Deceased;

MARIA BOISSEAU, Individually, as surviving Spouse,
and Personal Representative of the Estate of
LAWRENCE BOISSEAU, Deceased;

CYNTHIA LEWIS, Individually, as surviving Sibling,
and Personal Representative of the Estate of SHERRY
ANN BORDEAUX, Deceased;

TRACI BOSCO-MYHAL, Individually, as surviving
Spouse, and Personal Representative of the Estate of
RICHARD EDWARD BOSCO, Deceased;

FREDERICK BOWERS, JR., Individually, as surviving
Parent, and Personal Representative of the Estate of
KIMBERLY S. BOWERS, Deceased;

LINDA BOWMAN, Individually, as surviving Spouse,
and Personal Representative of the Estate of LARRY
BOWMAN, Deceased;

KATHLEEN BOX, Individually, as surviving Spouse,
and Personal Representative of the Estate of GARY
BOX, Deceased;

JOLANTA BOYARSKY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
GENNADY BOYARSKY, Deceased;
MICHAEL BOYARSKY, as surviving Child of
GENNADY BOYARSKY, Deceased;
BEATA BOYARSKY, as surviving Sibling of
GENNADY BOYARSKY, Deceased;

JAMES BOYLE, Individually, as surviving Parent, and
Personal Representative of the Estate of MICHAEL
BOYLE, Deceased;

JEAN BRACA, Individually, as surviving Spouse, and
Personal Representative of the Estate of ALFRED
BRACA, Deceased;

DAVID E. BRACE, Individually, as surviving Spouse,
and Personal Representative of the Estate of SANDRA J.
CONATY-BRACE, Deceased;

PHILLIP G. BRADSHAW, Individually, as surviving
Spouse, and Personal Representative of the Estate of
SANDRA W. BRADSHAW, Deceased;

JENNIFER E. BRADY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DAVID B. BRADY, Deceased;

RANULFO GAMBOA, as Co-Personal Representative
of the Estate of DAVID REED GAMBOA-
BRANDHORST, Deceased;
RENEE GAMBOA, as Co-Personal Representative of
the Estate of DAVID REED GAMBOA-
BRANDHORST, Deceased;

MIA GONZALEZ, Individually, as surviving Child, and
Personal Representative of the Estate of
LYDIA E. BRAVO, Deceased;

EDWARD BRENNAN, Individually, as surviving
Parent, and Personal Representative of the Estate of
EDWARD A. BRENNAN, III, Deceased;

HILLARY A. BRILEY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JONATHAN E. BRILEY, Deceased;

URSULA BROGHAMMER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
HERMAN C. BROGHAMMER, Deceased;

EDWARD RADBURN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
BETTINA BROWNE-RADBURN, Deceased;

DAWN BRYFOGLE, Individually, as surviving Spouse,
and Personal Representative of the Estate of MARK
BRUCE, Deceased;
DIANE BRUCE, as surviving Parent of MARK BRUCE,
Deceased;
STEPHEN BRUCE, as surviving Sibling of MARK
BRUCE, Deceased;
DAVID BRUCE, as surviving Sibling of MARK
BRUCE, Deceased;
DAVID BRUCE, as Personal Representative of the
Estate of HAROLD TRUMAN BRUCE, Deceased,
surviving Parent of MARK BRUCE;

JO ANNE BRUEHERT, Individually, as surviving
Spouse, and Personal Representative of the Estate of
RICHARD BRUEHERT, Deceased;
CHRISTINA BRUEHERT, as surviving Child of
RICHARD BRUEHERT, Deceased;

JO ANNE BRUEHERT on behalf of DANIELLE
BRUEHERT, minor, as surviving Child of RICHARD
BRUEHERT, Deceased;
JOHN BRUEHERT, as surviving Sibling of RICHARD
BRUEHERT, Deceased;

SUSAN E. WHELAN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
PATRICK BUHSE, Deceased;
SLOAN BUHSE, as surviving Child of PATRICK
BUHSE, Deceased;
WILLIAM F. BUHSE, as surviving Child of PATRICK
BUHSE, Deceased;
WILLIAM BUHSE, as surviving Sibling of PATRICK
BUHSE, Deceased;
THOMAS BUHSE, as surviving Sibling of PATRICK
BUHSE, Deceased;
SUANNE KAZANECKI, as surviving Sibling of
PATRICK BUHSE, Deceased;
MICHAEL BUHSE, as surviving Sibling of PATRICK
BUHSE, Deceased;

DAVID BURFORD, Individually, as surviving Parent,
and Personal Representative of the Estate of
CHRISTOPHER BURFORD, Deceased;

JULIE BURKE, Individually, as surviving Spouse, and
Personal Representative of the Estate of THOMAS
DANIEL BURKE, Deceased;

ELIZABETH BURNS, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DONALD J. BURNS, Deceased;

SANDRA BURNSIDE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN P. BURNSIDE, Deceased;

NGORAN DJE, Individually, as surviving Spouse, and
Personal Representative of the Estate of IRINA BUSLO,
Deceased;

MARTHA BUTLER, Individually, as surviving Spouse,
and Personal Representative of the Estate of THOMAS
M. BUTLER, Deceased;

JAMES C. CAHILL, Individually, as surviving Parent,
and Personal Representative of the Estate of SCOTT W.
CAHILL, Deceased;
LINDA CAHILL, as surviving Parent of SCOTT W.
CAHILL, Deceased;
PATRICK CAHILL, as surviving Sibling of SCOTT W.
CAHILL, Deceased;

JAMES W. CAHILL, Individually, as surviving Parent,
and Personal Representative of the Estate of THOMAS J.
CAHILL, Deceased;
KATHLEEN CAHILL, as surviving Parent of THOMAS
J. CAHILL, Deceased;
JAMES CAHILL, as surviving Sibling of THOMAS J.
CAHILL, Deceased;
KATHLEEN PSIROGIANES, as surviving Sibling of
THOMAS J. CAHILL, Deceased;
KERRY KERIN, as surviving Sibling of THOMAS J.
CAHILL, Deceased;
CHRISTOPHER CAHILL, as surviving Sibling of
THOMAS J. CAHILL, Deceased;

SUSAN CALCAGNO, Individually, as surviving
Spouse, and Personal Representative of the Estate of
PHILIP CALCAGNO, Deceased;

DEBORAH CALDERON, Individually, as surviving
Spouse, and Personal Representative of the Estate of
EDWARD CALDERON, Deceased;
IDA BRUNO, as surviving Parent of EDWARD
CALDERON, Deceased;
VICENTE CALDERON, as surviving Parent of
EDWARD CALDERON, Deceased;
CAROLINE OTERO, as surviving Sibling of EDWARD
CALDERON, Deceased;
VINCENT CALDERON, JR., as surviving Sibling of
EDWARD CALDERON, Deceased;
CATHY CALDERON, as surviving Sibling of
EDWARD CALDERON, Deceased;
MARIZA CALDERON, as surviving Sibling of
EDWARD CALDERON, Deceased;
ANTHONY CALDERON, as surviving Sibling of
EDWARD CALDERON, Deceased;

JANET CALIA-DONOHUE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DOMINICK CALIA, Deceased;

VINCENT CANGELOSI, Individually, as surviving
Parent, and Personal Representative of the Estate of
VINCENT A. CANGELOSI, Deceased;
MICHELLE CANGELOSI, as surviving Parent of
VINCENT A. CANGELOSI, Deceased;

JACKIE CANNIZZARO, Individually, as surviving
Spouse, and Personal Representative of the Estate of
BRIAN CANNIZZARO, Deceased;

LORI CAPORICCI, Individually, as surviving Spouse,
and Personal Representative of the Estate of LOUIS
CAPORICCI, Deceased;

RICHARD PETER CARNEY, Individually, as surviving
Sibling, and Personal Representative of the Estate of
MARK CARNEY, Deceased;

PATRICIA CARRINGTON, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JEREMY CARRINGTON, Deceased;

TONI ANN CARROLL, Individually, as surviving
Spouse, and Personal Representative of the Estate of
PETER J. CARROLL, Deceased;

NANCY CARROLL, Individually, as surviving Spouse,
and Personal Representative of the Estate of MICHAEL
T. CARROLL, Deceased;
BRENDAN CARROLL, as surviving Child of
MICHAEL T. CARROLL, Deceased;
OLIVIA CARROLL, as surviving Child of MICHAEL
T. CARROLL, Deceased;
ELEANOR CARROLL, as surviving Parent of
MICHAEL T. CARROLL, Deceased;
NANCY AMIGRON, as surviving Sibling of MICHAEL
T. CARROLL, Deceased;

CARLOS CASORIA, Individually, as surviving Parent,
and Co-Personal Representative of the Estate of
THOMAS CASORIA, Deceased;

JUDITH CASORIA, Individually, as surviving Parent,
and Co-Personal Representative of the Estate of
THOMAS CASORIA, Deceased;

LEONARD A. CASTRIANNO, SR., Individually, as
surviving Parent, and Personal Representative of the
Estate of LEONARD M. CASTRIANNO, JR., Deceased;

SANTA CATARELLI, Individually, as surviving
Spouse, and Personal Representative of the Estate of
RICHARD G. CATARELLI, Deceased;
SANTA CATARELLI, on behalf of ANAMARIE
CATARELLI, minor, as surviving Child of RICHARD
G. CATARELLI, Deceased;

GINA CAYNE, Individually, as surviving Spouse, and
Personal Representative of the Estate of JASON
CAYNE, Deceased;
MARISSA CAYNE, as surviving Child of JASON
CAYNE, Deceased;
GINA CAYNE on behalf of RAQUEL CAYNE, minor,
as surviving Child of JASON CAYNE, Deceased;
SUZANN CAYNE, as surviving Child of JASON
CAYNE, Deceased;

GERALDINE CEFALU, Individually, as surviving
Parent, and Personal Representative of the Estate of
JASON CEFALU, Deceased;

BOB CHEATHAM, Individually, as surviving Spouse,
and Personal Representative of the Estate of DELROSE
FORBES CHEATHAM, Deceased;

SUK TAN CHIN, Individually, as surviving Sibling, and
Personal Representative of the Estate of ROBERT
CHIN, Deceased;
PAK HO CHIN, as surviving Parent of ROBERT CHIN,
Deceased;
YUET LING CHIN, as surviving Parent of ROBERT
CHIN, Deceased;

EDWARD CIAFARDINI, Individually, as surviving
Parent, and Personal Representative of the Estate of
CHRISTOPHER CIAFARDINI, Deceased;
MAGGIE CIAFARDINI, as surviving Parent of
CHRISTOPHER CIAFARDINI, Deceased;

DOMINIC CIAFARDINI, as surviving Sibling of
CHRISTOPHER CIAFARDINI, Deceased;

LISA DILALLO CLARK, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS R. CLARK, Deceased;

YUKO CLARK, Individually, as surviving Spouse, and
Personal Representative of the Estate of GREGORY A.
CLARK, Deceased;

TANYA KIM DAVIS, Individually, as surviving Child,
and Personal Representative of the Estate of MANNIE L.
CLARK, Deceased;

ROBERT CLARK, Individually, as surviving Sibling,
and Personal Representative of the Estate of EUGENE
CLARK, Deceased;

CHARLES CLYNE, Individually, as surviving Spouse,
and Personal Representative of the Estate of SUSAN M.
CLYNE, Deceased;
MICHAEL CLYNE, as surviving Child of SUSAN M.
CLYNE, Deceased;
MARIE S. CLYNE, as surviving Child of SUSAN M.
CLYNE, Deceased;
KEVIN P. CLYNE, as surviving Child of SUSAN M.
CLYNE, Deceased;
TIMOTHY D. CLYNE, as surviving Child of SUSAN
M. CLYNE, Deceased;
GRACE DIETRICH, as surviving Parent of SUSAN M.
CLYNE, Deceased;
KURT H. DIETRICH, as surviving Sibling of SUSAN
M. CLYNE, Deceased;
LINDA G. CREAMER, as surviving Sibling of SUSAN
M. CLYNE, Deceased;

VINCENT COAKLEY, Individually, as surviving
Parent, and Personal Representative of the Estate of
STEVEN COAKLEY, Deceased;

SUSAN HUTCHINS, Individually, as surviving Parent,
and Personal Representative of the Estate of KEVIN
COLBERT, Deceased;
ANDREW COLBERT, as surviving Sibling of KEVIN
COLBERT, Deceased;

MATTHEW CARROLL, as surviving Sibling of KEVIN
COLBERT, Deceased;
ALEXANDER CARROLL, as surviving Sibling of
KEVIN COLBERT, Deceased;

MARYANN COLIN, Individually, as surviving Spouse,
and Personal Representative of the Estate of ROBERT D.
COLIN, Deceased;

JULIA COLLINS, Individually, as surviving Spouse, and
Personal Representative of the Estate of THOMAS J.
COLLINS, Deceased;

WARREN COLODNER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
PATRICIA COLODNER, Deceased;

BENITO COLON, Individually, as surviving Spouse,
and Personal Representative of the Estate of SOL E.
COLON, Deceased;

PATRICIA COPPO, Individually, as surviving Spouse,
and Personal Representative of the Estate of JOSEPH J.
COPPO, JR., Deceased;

FELICIA JONES, Individually, as surviving Spouse, and
Personal Representative of the Estate of JOSEPH
CORBETT, Deceased;

SUSAN CORREA, Individually, and as Estate
Representative of the Estate of Ruben Correa, Deceased
and on behalf of all survivors of Ruben Correa;

LAURIE S. LAUTERBACH, Individually, as surviving
Spouse, and Personal Representative of the Estate of
CARLOS CORTES-RODRIGUEZ, Deceased;

PAULA HAYES, Individually, as surviving Spouse, and
Personal Representative of the Estate of CONROD
COTTOY, Deceased;

PATRICIA COUGHLIN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN G. COUGHLIN, Deceased;
ERIN COUGHLIN, as surviving Child of JOHN G.
COUGHLIN, Deceased;

TARA COUGHLIN, as surviving Child of JOHN G.
COUGHLIN, Deceased;
KAYLE COUGHLIN, as surviving Child of JOHN G.
COUGHLIN, Deceased;

DENNIS EULAU, Individually, as surviving Spouse,
and Personal Representative of the Estate of MICHELE
COYLE-EULAU, Deceased;
MATTHEW EULAU, as surviving Child of MICHELE
COYLE-EULAU, Deceased;
MARK EULAU, as surviving Child of MICHELE
COYLE-EULAU, Deceased;
DENNIS EULAU on behalf of ERIC EULAU, minor, as
surviving Child of MICHELE COYLE-EULAU,
Deceased;

JOHN T. CRANT, Individually, as surviving Spouse,
and Personal Representative of the Estate of DENISE
CRANT, Deceased;

LISA B. CRAWFORD, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JAMES L. CRAWFORD, JR., Deceased;
LISA B. CRAWFORD on behalf of ISABELLE
CRAWFORD, minor, as surviving Child of JAMES L.
CRAWFORD, JR., Deceased;

BERNARD PHAIR, Individually, as surviving Estate
Rep, and Personal Representative of the Estate of
JOANNE CREGAN, Deceased;

JOANN CROSS, Individually, as surviving Spouse, and
Personal Representative of the Estate of DENNIS A.
CROSS, Deceased;

MARIANNE CRUIKSHANK, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ROBERT CRUIKSHANK, Deceased;

ILDEFONSO A. CUA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
GRACE CUA, Deceased;

LINDA CURIA, Individually, as surviving Spouse, and
Personal Representative of the Estate of LAURENCE
CURIA, Deceased;

15

FREDERICK CURRY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
BEVERLY CURRY, Deceased;

DAVID E. CUSHING, Individually, as surviving
Spouse, and Personal Representative of the Estate of
PATRICIA CUSHING, Deceased;

LOUANNE BAILY, Individually, as surviving Spouse,
and Personal Representative of the Estate of BRIAN P.
DALE, Deceased;

LOUISA D'ANTONIO, Individually, as surviving Child,
and Personal Representative of the Estate of MARY
D'ANTONIO, Deceased;

ANGELA DANZ-DONOHUE, Individually, as
surviving Spouse, and Personal Representative of the
Estate of VINCENT DANZ, Deceased;
ANGELA DANZ-DONOHUE on behalf of ABIGAIL
DANZ, minor, as surviving Child of VINCENT DANZ,
Deceased;

LIDIA HERNANDEZ, Individually, as surviving Parent,
and Personal Representative of the Estate of MIRNA A.
DUARTE, Deceased;

PATRICIA DEAN, Individually, as surviving Spouse,
and Personal Representative of the Estate of WILLIAM
DEAN, Deceased;

PATRICIA J. DEANGELIS, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS P. DEANGELIS, Deceased;

ERNESTO BARRERA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ANA DEBARRERA, Deceased;

MARION DEBLASE, Individually, as surviving Spouse,
and Personal Representative of the Estate of JAMES V.
DEBLASE, Deceased;

SOFIE CIRINELLI, Individually, as surviving Spouse,
and Personal Representative of the Estate of DAVID
DEFEO, Deceased;

WANDA HERNANDEZ, Individually, as surviving
Parent, and Personal Representative of the Estate of
MONIQUE E. DEJESUS, Deceased;

JAMES DELLA BELLA, Individually, as surviving
Child, and Personal Representative of the Estate of
ANDREA DELLA BELLA, Deceased;

CHRISTOPHER PIETRA, Individually, as surviving
Sibling, and Personal Representative of the Estate of
JOSEPH DELLA PIETRA, Deceased;

MICHAEL DELOUGHERY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
COLLEEN ANN DELOUGHERY, Deceased;
MICHAEL DELOUGHERY, as surviving Child of
COLLEEN ANN DELOUGHERY, Deceased;
AMANDA DELOUGHERY, as surviving Child of
COLLEEN ANN DELOUGHERY, Deceased;
PATRICIA MARRESE, as surviving Sibling of
COLLEEN ANN DELOUGHERY, Deceased;

VIVI DEMAS, Individually, as surviving Spouse, and
Personal Representative of the Estate of ANTHONY
DEMAS, Deceased;

BROOKE DEMING, Individually, as surviving Spouse,
and Personal Representative of the Estate of FRANCIS
DEMING, Deceased;

CURTIS F. BREWER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
CAROL K. DEMITZ, Deceased;
ANNE K. BREWER, as surviving Child of CAROL K.
DEMITZ, Deceased;
CHARLES DEMITZ, as surviving Sibling of CAROL K.
DEMITZ, Deceased;
WOODY DEMITZ, as surviving Sibling of CAROL K.
DEMITZ, Deceased;
MICHAEL DEMITZ, as surviving Sibling of CAROL K.
DEMITZ, Deceased;

SUSAN DEMITZ, as surviving Sibling of CAROL K.
DEMITZ, Deceased;

CHRISTEL DESIMONE, Individually, as surviving
Parent, and Personal Representative of the Estate of
CHRISTIAN DESIMONE, Deceased;
MARTIN DESIMONE-CALISO, as surviving Sibling of
CHRISTIAN DESIMONE, Deceased;
TODD DEVITO, Individually, as surviving Child, and
Personal Representative of the Estate of JERRY
DEVITO, Deceased;

JOYCE DEVITT, Individually, as surviving Parent, and
Personal Representative of the Estate of ROBERT
DEVITT, JR., Deceased;

DONNA DI AGOSTINO, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MICHAEL DI AGOSTINO, Deceased;
DONNA DI AGOSTINO on behalf of CHRISTINA DI
AGOSTINO, minor, as surviving Child of MICHAEL DI
AGOSTINO, Deceased;

LEONEL DIAZ, Individually, as surviving Sibling, and
Personal Representative of the Estate of NANCY DIAZ,
Deceased;

MARIA DI PILATO, Individually, as surviving Spouse,
and Personal Representative of the Estate of JOSEPH DI
PILATO, Deceased;
LEO DI PILATO, as surviving Child of JOSEPH DI
PILATO, Deceased;
JOSEPH DI PILATO, as surviving Child of JOSEPH DI
PILATO, Deceased;

JEFFREY SCHORPP, Individually, as surviving Spouse,
and Personal Representative of the Estate of MARISA
DINARDO SCHORPP, Deceased;

JOAN DINCUFF, Individually, as surviving Parent, and
Personal Representative of the Estate of CHRISTOPHER
DINCUFF, Deceased;
FRANK DINCUFF, as surviving Parent of
CHRISTOPHER DINCUFF, Deceased;
BETH DINCUFF, as surviving Sibling of
CHRISTOPHER DINCUFF, Deceased;

AMY DINCUFF, as surviving Sibling of
CHRISTOPHER DINCUFF, Deceased;

ANDY DINNOO, Individually, as surviving Spouse, and
Personal Representative of the Estate of RENA
DINNOO, Deceased;
DHANMATEE SAM, as surviving Parent of RENA
DINNOO, Deceased;
CLARENCE SAM, as surviving Sibling of RENA
DINNOO, Deceased;
LISA SAM, as surviving Sibling of RENA DINNOO,
Deceased;
GINA SAM, as surviving Sibling of RENA DINNOO,
Deceased;

DAVID DISTEFANO, Individually, as surviving
Sibling, and Personal Representative of the Estate of
DOUGLAS DISTEFANO, Deceased;

STACEY DOLAN, Individually, as surviving Spouse,
and Personal Representative of the Estate of BRENDAN
DOLAN, Deceased;

ROSALIE B. DOWNEY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
RAYMOND M. DOWNEY, Deceased;

MARY DUNNE, Individually, as surviving Parent, and
Personal Representative of the Estate of CHRISTOPHER
J. DUNNE, Deceased;
JAY DUNNE, as surviving Parent of CHRISTOPHER J.
DUNNE, Deceased;
COURTNEY DUNNE-KEENAN, as surviving Sibling
of CHRISTOPHER J. DUNNE, Deceased;
CYNTHIA DUNNE-WELCH, as surviving Sibling of
CHRISTOPHER J. DUNNE, Deceased;

GAIL EAGLESON, Individually, as surviving Spouse,
and Personal Representative of the Estate of JOHN B.
EAGLESON, Deceased;
BRETT EAGLESON, as surviving Child of JOHN B.
EAGLESON, Deceased;
KYLE EAGLESON, as surviving Child of JOHN B.
EAGLESON, Deceased;
TIMOTHY EAGLESON, as surviving Child of JOHN B.
EAGLESON, Deceased;

WILLIAM EAGLESON, as surviving Sibling of JOHN
B. EAGLESON, Deceased;

STANLEY ECKNA, Individually, as surviving Parent,
and Personal Representative of the Estate of PAUL
ECKNA, Deceased;

DAVID EGAN, Individually, as surviving Parent, and
Personal Representative of the Estate of LISA E. EGAN,
Deceased;

DAVID EGAN, Individually, as surviving Parent, and
Personal Representative of the Estate of SAMANTHA
M. EGAN, Deceased;

SAM ELLIS, Individually, as surviving Spouse, and
Personal Representative of the Estate of VALERIE S.
ELLIS, Deceased;

EILEEN ERWIN-MICHAEL, Individually, as surviving
Spouse, and Personal Representative of the Estate of
WILLIAM ERWIN, Deceased;

LUIS ESPINOZA, Individually, as surviving Spouse,
and Personal Representative of the Estate of FANNY
ESPINOZA, Deceased;
CHRISTIAN ESPINOZA, as surviving Child of FANNY
ESPINOZA, Deceased;
STEPHANIE ESPINOZA, as surviving Child of
FANNY ESPINOZA, Deceased;

JEANNE M. EVANS, Individually, as surviving Sibling,
and Personal Representative of the Estate of ROBERT
EVANS, Deceased;

LAURA FALLON, Individually, as surviving Spouse,
and Personal Representative of the Estate of WILLIAM
FALLON, JR., Deceased;

PATRICIA FALLONE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ANTHONY FALLONE, Deceased;

MAUREEN FANNING, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN FANNING, Deceased;

AMY POLMAR, Individually, as surviving Spouse, and
Personal Representative of the Estate of DOUGLAS
FARNUM, Deceased;

MARYANNE FARRELL, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN FARRELL, Deceased;

MELISSA VAN NESS FATHA, Individually, as
surviving Spouse, and Personal Representative of the
Estate of SYED ABDUL FATHA, Deceased;

STEVEN FEIDELBERG, Individually, as surviving
Sibling, and Personal Representative of the Estate of
PETER FEIDELBERG, Deceased;

WENDY S. FEINBERG, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ALAN FEINBERG, Deceased;
MICHAEL FEINBERG, as surviving Child of ALAN
FEINBERG, Deceased;
TARA FEINBERG EDGETTE, as surviving Child of
ALAN FEINBERG, Deceased;

MARY L. FERGUSON, Individually, as surviving
Spouse, and Personal Representative of the Estate of
GEORGE J. FERGUSON, III, Deceased;
MATTHEW FERGUSON, as surviving Child of
GEORGE J. FERGUSON, III, Deceased;

JULIO C. FERNANDEZ, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JULIO FERNANDEZ, Deceased;

CHARLENE FIORE, Individually, as surviving Spouse,
and Personal Representative of the Estate of MICHAEL
FIORE, Deceased;
JESSICA FIORE LACASSE, as surviving Child of
MICHAEL FIORE, Deceased;
CRISTEN FIORE STAIANO, as surviving Child of
MICHAEL FIORE, Deceased;
MICHAEL FIORE, as surviving Child of MICHAEL
FIORE, Deceased;

BRIAN FLANNERY, Individually, as surviving Spouse,
and Personal Representative of the Estate of
CHRISTINA FLANNERY, Deceased;

LORI FLETCHER, Individually, as surviving Spouse,
and Personal Representative of the Estate of ANDRE
FLETCHER, Deceased;

NANCY WALSH, Individually, as surviving Partner,
and Co-Personal Representative of the Estate of CAROL
FLYZIK, Deceased;

CLAUDIA FLYZIK, Individually, as surviving Sibling,
and Co-Personal Representative of the Estate of CAROL
FLYZIK, Deceased;

JOANNE GROSS, Individually, as surviving Sibling,
and Personal Representative of the Estate of THOMAS
FOLEY, Deceased;

ROBERT T. FOLGER, Individually, as surviving Child,
and Personal Representative of the Estate of JANE
FOLGER, Deceased;
KATHLEEN KULIK, as surviving Child of JANE
FOLGER, Deceased;
THOMAS FOLGER, as surviving Child of JANE
FOLGER, Deceased;
MICHAEL FOLGER, as surviving Child of JANE
FOLGER, Deceased;

MARIAN FONTANA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DAVID J. FONTANA, Deceased;

KURT FOSTER, Individually, as surviving Spouse, and
Personal Representative of the Estate of CLAUDIA
FOSTER, Deceased;

TIERNEY TRAMONTOZZI, Individually, as surviving
Spouse, and Personal Representative of the Estate of
KEVIN FRAWLEY, Deceased;

JEANINE L. FRAZIER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
CLYDE FRAZIER, JR., Deceased;

MICHELLE FREDERICKS, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ANDREW FREDERICKS, Deceased;
ANDREW J, FREDERICKS, as surviving Child of
ANDREW FREDERICKS, Deceased;
HAYLEY FREDERICKS, as surviving Child of
ANDREW FREDERICKS, Deceased;

ROBIN A. FREUND, Individually, as surviving Spouse,
and Personal Representative of the Estate of PETER L.
FREUND, Deceased;
JULIE A. FREUND, as surviving Child of PETER L.
FREUND, Deceased;

KENNETH FRIED, Individually, as surviving Spouse,
and Personal Representative of the Estate of ARLENE
FRIED, Deceased;

HELEN FRIEDLANDER DEL SINDACO, Individually,
as surviving Spouse, and Personal Representative of the
Estate of ALAN W. FRIEDLANDER, Deceased;

LISA FRIEDMAN-CLARK, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ANDREW FRIEDMAN, Deceased;
MIKE FRIEDMAN, as surviving Child of ANDREW
FRIEDMAN, Deceased;
DAN FRIEDMAN, as surviving Child of ANDREW
FRIEDMAN, Deceased;

MEREDITH FRY, Individually, as surviving Spouse,
and Personal Representative of the Estate of PETER
FRY, Deceased;
TAYLOR MCCLINTOCK FRY, as surviving Child of
PETER FRY, Deceased;
CALEY LOOMIS FRY, as surviving Child of PETER
FRY, Deceased;
CHARLES GORDON FRY, as surviving Parent of
PETER FRY, Deceased;

ANNE GABRIEL, Individually, as surviving Spouse,
and Personal Representative of the Estate of RICHARD
P. GABRIEL, Deceased;
ROBERT CALLANAN, as surviving Stepchild of
RICHARD P. GABRIEL, Deceased;

MONICA GABRIELLE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
RICHARD S. GABRIELLE, Deceased;

FRANCINE GALLAGHER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN P. GALLAGHER, Deceased;

MILAGROS DIAZ, Individually, as surviving Parent,
and Personal Representative of the Estate of LOURDES
JANET GALLETTI, Deceased;

MANUELA NITA-VAZQUEZ, Individually, as
surviving Spouse, and Personal Representative of the
Estate of CONO GALLO, Deceased;
RAFFAELA GALLO, as surviving Parent of CONO
GALLO, Deceased;
EMILIO GALLO, as surviving Parent of CONO
GALLO, Deceased;
LISA GALLO, as surviving Sibling of CONO GALLO,
Deceased;
JOHN GALLO, as surviving Sibling of CONO GALLO,
Deceased;

KATHLEEN GANCI, Individually, as surviving Spouse,
and Personal Representative of the Estate of PETER J.
GANCI, Deceased;

DOROTHY GARCIA-BACHLER, Individually, as
surviving Spouse, and Personal Representative of the
Estate of ANDREW GARCIA, Deceased;

HECTOR & CARMEN GARCIA, Individually, as
surviving Parent, and Personal Representative of the
Estate of MARLYN C. GARCIA, Deceased;

ELIZABETH GARDNER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS GARDNER, Deceased;

ELISABET GARDNER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
WILLIAM GARDNER, Deceased;

ANTONIA GARGANO, Individually, as surviving
Parent, and Personal Representative of the Estate of
ROCCO N. GARGANO, Deceased;

JILL A. GARTENBERG PILA, Individually, as
surviving Spouse, and Personal Representative of the
Estate of JAMES GARTENBERG, Deceased;
JILL A. GARTENBERG PILA on behalf of NICOLE
HOLLY GARTENBERG PILA, minor, as surviving
Child of JAMES GARTENBERG, Deceased;
JILL A. GARTENBERG PILA on behalf of JAMIE
MICHELLE GARTENBERG PILA, minor, as surviving
Child of JAMES GARTENBERG, Deceased;

MICHELLE GELINAS, Individually, as surviving
Spouse, and Personal Representative of the Estate of
PETER GELINAS, Deceased;
JACK G. GELINAS, as surviving Child of PETER
GELINAS, Deceased;
GRIFFIN C. GELINAS, as surviving Child of PETER
GELINAS, Deceased;

DEBRA GELLER, Individually, as surviving Spouse,
and Personal Representative of the Estate of STEVEN
GELLER, Deceased;

DIANE GENCO, Individually, as surviving Spouse, and
Personal Representative of the Estate of PETER V.
GENCO, JR., Deceased;

EILEEN GERATY, Individually, and as Estate
Administrator of the Estate of Suzanne Geraty, Deceased
and on behalf of all survivors of Suzanne Geraty;

PHILIP GERMAIN, Individually, as surviving Parent,
and Personal Representative of the Estate of DENIS
GERMAIN, Deceased;
MICHAEL GERMAIN, as surviving Sibling of DENIS
GERMAIN, Deceased;
BRIAN GERMAIN, as surviving Sibling of DENIS
GERMAIN, Deceased;
PEGGY DOBRINSKI, as surviving Sibling of DENIS
GERMAIN, Deceased;
THERESA RUTHER, as surviving Sibling of DENIS
GERMAIN, Deceased;

SONDRA GIACCONE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOSEPH GIACCONE, Deceased;
ALEXANDRA GIACCONE, as surviving Child of
JOSEPH GIACCONE, Deceased;
MAX GIACCONE, as surviving Child of JOSEPH
GIACCONE, Deceased;
JAMES GIACCONE, as Personal Representative of the
Estate of ELIZABETH GIACCONE, Deceased,
surviving parent of JOSEPH GIACCONE;
JAMES GIACCONE, as Personal Representative of the
Estate of VINCENT GIACCONE, Deceased, surviving
parent of JOSEPH GIACCONE;
ELISABETH FELDON, as surviving Sibling of JOSEPH
GIACCONE, Deceased;
JAMES GIACCONE, as surviving Sibling of JOSEPH
GIACCONE, Deceased;
MICHAEL GIACCONE, as surviving Sibling of
JOSEPH GIACCONE, Deceased;

CAROL GIES, Individually, as surviving Spouse, and
Personal Representative of the Estate of RONNIE E.
GIES, Deceased;

LORRAINE MARCHESE, Individually, as surviving
Parent, and Personal Representative of the Estate of
LAURA A. MARCHESE GIGLIO, Deceased;

MARIANN COYLE, Individually, as surviving Spouse,
and Personal Representative of the Estate of ANDREW
GILBERT, Deceased;

JOHN J. GILL, JR., Individually, as surviving Parent,
and Personal Representative of the Estate of PAUL J.
GILL, Deceased;

SERINA GILLIS, Individually, as surviving Ex-Spouse
of / Not Solatium, and Personal Representative of the
Estate of RODNEY C. GILLIS, Deceased;
JONIQUE C. GILLIS, as surviving Child of RODNEY
C. GILLIS, Deceased;
ALEESIA C. GILLIS, as surviving Child of RODNEY
C. GILLIS, Deceased;
RODNEY C. GILLIS, II, as surviving Child of
RODNEY C. GILLIS, Deceased;

ROXANN GIORDANO, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN GIORDANO, Deceased;

ARMINE GIORGETTI, Individually, as surviving
Spouse, and Personal Representative of the Estate of
STEVEN A. GIORGETTI, Deceased;
PAUL GIORGETTI, as surviving Child of STEVEN A.
GIORGETTI, Deceased;
ALEXA GIORGETTI, as surviving Child of STEVEN
A. GIORGETTI, Deceased;

ANGELA GITTO, Individually, as surviving Spouse,
and Personal Representative of the Estate of
SALVATORE GITTO, Deceased;
GREGORY GITTO, as surviving Child of
SALVATORE GITTO, Deceased;
STEPHEN GITTO, as surviving Child of SALVATORE
GITTO, Deceased;

LAWRENCE GIUGLIANO, Individually, as surviving
Spouse, and Personal Representative of the Estate of
CYNTHIA GIUGLIANO, Deceased;

MEG BLOOM GLASSER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS GLASSER, Deceased;

CANDY GLAZER, Individually, as surviving Spouse,
and Personal Representative of the Estate of EDMUND
GLAZER, Deceased;

SHARON COBB-GLENN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
HARRY GLENN, Deceased;

HELENE GNAZZO, Individually, as surviving Spouse,
and Personal Representative of the Estate of JOHN T.
GNAZZO, Deceased;
JULE GNAZZO, as surviving Child of JOHN T.
GNAZZO, Deceased;
JOHN GNAZZO, as surviving Child of JOHN T.
GNAZZO, Deceased;

JODIE GOLDBERG SHERER, Individually, as
surviving Spouse, and Personal Representative of the
Estate of BRIAN GOLDBERG, Deceased;

LACHANZE GOODING, Individually, as surviving
Spouse, and Personal Representative of the Estate of
CALVIN J. GOODING, Deceased;

RACHEL W. GOODRICH, Individually, as surviving
Spouse, and Personal Representative of the Estate of
PETER GOODRICH, Deceased;

DAVID DWIGHT NELSON, Individually, as surviving
Child, and Personal Representative of the Estate of
KERENE GORDON, Deceased;

LLOYD C. MAIR, Individually, as surviving Sibling,
and Personal Representative of the Estate of LINDA C.
MAIR GRAYLING, Deceased;
ISA S. MARTIN, as surviving Child of LINDA C.
MAIR GRAYLING, Deceased;
YVONNE D. RAMIREZ, as surviving Sibling of
LINDA C. MAIR GRAYLING, Deceased;
ROGER B. MAIR, as surviving Sibling of LINDA C.
MAIR GRAYLING, Deceased;
ANNETTE MAIR, as surviving Sibling of LINDA C.
MAIR GRAYLING, Deceased;
IRENE L. MAIR, as surviving Sibling of LINDA C.
MAIR GRAYLING, Deceased;

CLAUDETTE B. GREENE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DONALD GREENE, Deceased;
CHARLES GREENE, as surviving Child of DONALD
GREENE, Deceased;
JODY GREENE, as surviving Child of DONALD
GREENE, Deceased;

PETER GREENLEAF, Individually, as surviving
Sibling, and Personal Representative of the Estate of
JAMES GREENLEAF, Deceased;
PATRICIA GREENLEAF, as surviving Parent of
JAMES GREENLEAF, Deceased;

JOHN F. GREGORY, Individually, as surviving Parent,
and Personal Representative of the Estate of FLORENCE
M. GREGORY, Deceased;

BOBBY GRIFFIN, Individually, as surviving Spouse,
and Personal Representative of the Estate of TAWANNA
GRIFFIN, Deceased;

MARY JO GRILLO, Individually, as surviving Spouse,
and Personal Representative of the Estate of JOSEPH
GRILLO, Deceased;
MATTHEW GRILLO, as surviving Child of JOSEPH
GRILLO, Deceased;
TIMOTHY GRILLO, as surviving Child of JOSEPH
GRILLO, Deceased;
JOSEPH GRILLO, as surviving Parent of JOSEPH
GRILLO, Deceased;
STEVEN GRILLO, as surviving Sibling of JOSEPH
GRILLO, Deceased;

SUSAN MALLERY GURIAN, Individually, as
surviving Spouse, and Personal Representative of the
Estate of DOUGLAS B. GURIAN, Deceased;
MARY HAAG, Individually, as surviving Spouse, and
Personal Representative of the Estate of GARY HAAG,
Deceased;
MICHAEL P. HAAG, as surviving Child of GARY
HAAG, Deceased;
KEVIN T. HAAG, as surviving Child of GARY HAAG,
Deceased;
MARY HAAG on behalf of MOLLY M. HAAG, minor,
as surviving Child of GARY HAAG, Deceased;

GORDON HABERMAN, Individually, as surviving
Parent, and Personal Representative of the Estate of
ANDREA L. HABERMAN, Deceased;
KATHLEEN HABERMAN, as surviving Parent of
ANDREA L. HABERMAN, Deceased;
JULIE ANN HABERMAN OSMUS, as surviving
Sibling of ANDREA L. HABERMAN, Deceased;

LENA WHITTAKER, Individually, as surviving Parent,
and Personal Representative of the Estate of KAREN E.
HAGERTY, Deceased;

PATRICIA HAN, Individually, as surviving Spouse, and
Personal Representative of the Estate of FREDERICK K.
HAN, Deceased;
ERIC JAY HAN, as surviving Child of FREDERICK K.
HAN, Deceased;
PATRICIA HAN, as Personal Representative of the
Estate of, KIM HAN, Deceased, surviving Parent of
FREDERICK K. HAN;

RENE B. HANNAFIN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
THOMAS HANNAFIN, Deceased;

CAROL HARAN, Individually, as surviving Spouse, and
Personal Representative of the Estate of JAMES
HARAN, Deceased;

MARGARET HARRELL, Individually, as surviving
Spouse, and Personal Representative of the Estate of
STEPHEN G. HARRELL, Deceased;

RACHEL R. HARRELL, Individually, as surviving
Spouse, and Personal Representative of the Estate of
HARVEY L. HARRELL, Deceased;

SHEILA HARRIS, Individually, as surviving Spouse,
and Personal Representative of the Estate of STEWART
D. HARRIS, Deceased;
ELISSA HARRIS, as surviving Child of STEWART D.
HARRIS, Deceased;
CRAIG HARRIS, as surviving Child of STEWART D.
HARRIS, Deceased;

ELINORE HARTZ, Individually, as surviving Spouse,
and Personal Representative of the Estate of JOHN C.
HARTZ, Deceased;

JENNIFER HARVEY-TRAINOR, Individually, as
surviving Spouse, and Personal Representative of the
Estate of EMERIC J. HARVEY, Deceased;
MARIE HARVEY RYAN, as surviving Sibling of
EMERIC J. HARVEY, Deceased;

JOANNE HATTON, Individually, as surviving Spouse,
and Personal Representative of the Estate of LEONARD
HATTON, Deceased;

DLORES LEGREE, Individually, as surviving Parent,
and Personal Representative of the Estate of ANTHONY
HAWKINS, Deceased;

VIRGINIA HAYES, Individually, as surviving Spouse,
and Personal Representative of the Estate of PHILLIP T.
HAYES, Deceased;

ANN R. HAYNES, Individually, as surviving Spouse,
and Personal Representative of the Estate of WILLIAM
W. HAYNES, Deceased;

THERESA HEALEY, Individually, as surviving Spouse,
and Personal Representative of the Estate of MICHAEL
HEALEY, Deceased;

SHIRLEY HENDERSON, Individually, as surviving
Spouse, and Personal Representative of the Estate of
RONNIE LEE HENDERSON, Deceased;

DIGNA HERNANDEZ, Individually, as surviving
Spouse, and Personal Representative of the Estate of
RAUL HERNANDEZ, Deceased;

LIDIA HERNANDEZ, Individually, as surviving Parent,
and Personal Representative of the Estate of MIRNA A.
DUARTE, Deceased;

DONNA HICKEY, Individually, and as Estate
Representative of the Estate of Brian Hickey, Deceased
and on behalf of all survivors of Brian Hickey;

VICTORIA PRATT, Individually, as surviving Spouse,
and Personal Representative of the Estate of ROBERT
HIGLEY, Deceased;

KAREN HINDS, Individually, as surviving Spouse, and
Personal Representative of the Estate of NEIL HINDS,
Deceased;
KAREN HINDS, on behalf of JAMEER HINDS, minor,
as surviving Child of NEIL HINDS, Deceased;
KAREN GREENE, as surviving Sibling of NEIL
HINDS, Deceased;
COLEEN HINDS, as surviving Sibling of NEIL HINDS,
Deceased;

ETHLYN HINDS, as surviving Parent of NEIL HINDS, Deceased;
WADE-ROY HINDS, as surviving Sibling of NEIL HINDS, Deceased;
KAREN GREENE as Personal Representative of the Estate of COLLIN HINDS, Deceased, surviving Parent of NEIL HINDS;

DIXIE HOBBS, Individually, as surviving Parent, and Personal Representative of the Estate of TARA HOBBS, Deceased;
DENNIS HOBBS, as surviving Parent of TARA Y. HOBBS, Deceased;
TAMMY HOBBS GINSBERG, as surviving Sibling of TARA Y. HOBBS, Deceased;
SONYA HOBBS CUFFEE, as surviving Sibling of TARA Y. HOBBS, Deceased;
REGINALD HOBBS, as surviving Sibling of TARA Y. HOBBS, Deceased;
SHERIAN HOBBS LIGHTFOOT, as surviving Sibling of TARA Y. HOBBS, Deceased;

ALLISON HOBBS, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS A. HOBBS, Deceased;

JAMES S. HOFFMAN, Individually, as surviving Spouse, and Personal Representative of the Estate of MARCIA HOFFMAN, Deceased;

PAMELA HOHLWECK, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS W. HOHLWECK, JR., Deceased;

ROSEMARIE HOHMANN, Individually, as surviving Spouse, and Personal Representative of the Estate of JOHNATHAN HOHMANN, Deceased;

KATHLEEN HOLLAND, Individually, as surviving Spouse, and Personal Representative of the Estate of JOSEPH HOLLAND, Deceased;

COLLEEN M. HOLOHAN, Individually, as surviving Spouse, and Personal Representative of the Estate of THOMAS P. HOLOHAN, Deceased;

KATHERINE HOORN, Individually, as surviving
Parent, and Personal Representative of the Estate of
BRADLEY HOORN, Deceased;
DENNIS HOORN, as surviving Parent of BRADLEY
HOORN, Deceased;
KARA HOORN, as surviving Sibling of BRADLEY
HOORN, Deceased;

CHRISTOPHER HOWARD, Individually, as surviving
Child, and Personal Representative of the Estate of
GEORGE G, HOWARD, Deceased;

JOANN T. HOWARD, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOSEPH L. HOWARD, Deceased;
JOSEPH HOWARD, as surviving Child of JOSEPH L.
HOWARD, Deceased;
JANICE HOWARD-BATTAGLIA, as surviving Child
of JOSEPH L. HOWARD, Deceased;
ANNE GALIZIA, as surviving Sibling of JOSEPH L.
HOWARD, Deceased;
SUSAN REIDLINGER, as surviving Sibling of JOSEPH
L. HOWARD, Deceased;

JOSEPH HROMADA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MILAGROS HROMADA, Deceased;

KAREN HUGHES, Individually, as surviving Spouse,
and Personal Representative of the Estate of TIMOTHY
F. HUGHES, Deceased;

BRIDGET HUNTER, Individually, as surviving Parent,
and Personal Representative of the Estate of JOSEPH G.
HUNTER, Deceased;
BRIDGET HUNTER, as Personal Representative of the
Estate of JOSEPH HUNTER, Deceased, surviving Parent
of JOSEPH G. HUNTER;
SEAN HUNTER, as surviving Sibling of JOSEPH G.
HUNTER, Deceased;
TERESA LABO, as surviving Sibling of JOSEPH G.
HUNTER, Deceased;

KATHRYN J. HUSSA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ROBERT R. HUSSA, Deceased;

ROBERT HUSSA, as surviving Child of ROBERT R.
HUSSA, Deceased;
THOMAS HUSSA, as surviving Child of ROBERT R.
HUSSA, Deceased;

YESENIA IELPI, Individually, as surviving Spouse, and
Personal Representative of the Estate of JONATHAN
IELPI, Deceased;

YELENA ROMANOFF, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DANIEL ILKANAYEV, Deceased;

MARY ILL, Individually, and as Estate
Representative of the Estate of Frederick J. Ill, Jr., Deceased
and on behalf of all survivors of Frederick J. Ill, Jr.;

KENNETH IRBY, Individually, as surviving Sibling,
and Personal Representative of the Estate of
STEPHANIE IRBY, Deceased;
KENNETH IRBY as Personal Representative of the
Estate of FREDERICK IRBY, Deceased, surviving
Parent of STEPHANIE IRBY, Deceased;
KENNETH IRBY as Personal Representative of the
Estate of AGNES IRBY, Deceased, surviving Parent of
STEPHANIE IRBY, Deceased;

MARGARET ISKYAN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN ISKYAN, Deceased;
PAUL ISKYAN, as surviving Sibling of JOHN
ISKYAN, Deceased;
LAURA ISKYAN, as surviving Sibling of JOHN
ISKYAN, Deceased;
JOAN O'BRIEN, as surviving Sibling of JOHN
ISKYAN, Deceased;

BARBARA JACKMAN, Individually, as surviving
Parent, and Personal Representative of the Estate of
BROOKE A. JACKMAN, Deceased;
ERIN JACKMAN, as surviving Sibling of BROOKE A.
JACKMAN, Deceased;
ROSS JACKMAN, as surviving Sibling of BROOKE A.
JACKMAN, Deceased;
BARBARA JACKMAN, as Personal Representative of
the Estate of ROBERT JACKMAN, Deceased, surviving
Parent of BROOKE A. JACKMAN;

JENNIFER JACOBS, Individually, as surviving Spouse,
and Personal Representative of the Estate of ARIEL L.
JACOBS, Deceased;

KAZIMIERZ JAKUBIAK, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MARIA JAKUBIAK, Deceased;

JU-HSIU JIAN, Individually, as surviving Spouse, and
Personal Representative of the Estate of HWEIDAR
JIAN, Deceased;
WILLIAM JIAN, as surviving Child of HWEIDAR
JIAN, Deceased;
KEVIN JIAN, as surviving Child of HWEIDAR JIAN,
Deceased;

JOY & WILLIAM JOHNSON, Individually, and as Parents
and Estate Representatives of the Estate of William Johnson,
Jr., Deceased and on behalf of all survivors of William
Johnson, Jr.;

CAROL FRANCOLINI, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ARTHUR J. JONES III, Deceased;

LEILA M. JOSEPH, Individually, as surviving Sibling,
and Personal Representative of the Estate of KARL H.
JOSEPH, Deceased;

AMBER MILLER, Individually, as surviving Child, and
Co-Personal Representative of the Estate of KAREN
JUDAY, Deceased;
JAMIE MILLER, Individually, as surviving Child, and
Co-Personal Representative of the Estate of KAREN
JUDAY, Deceased;

JAN KANDELL, Individually, as surviving Child, and
Personal Representative of the Estate of SHARI
KANDELL, Deceased;

EMILY TERRY, Individually, as surviving Spouse, and
Personal Representative of the Estate of ANDREW
KATES, Deceased;
EMILY TERRY on behalf of DANIEL HENRY
KATES, minor, as surviving Child of ANDREW
KATES, Deceased;

GEORGE KATSIMATIDES, Individually, as surviving
Sibling, and Personal Representative of the Estate of
JOHN KATSIMATIDES, Deceased;

ELIZABETH H. KELLER-BAKER, Individually, as
surviving Spouse, and Personal Representative of the
Estate of CHANDLER KELLER, Deceased;

ROBERTA KELLERMAN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
PETER R. KELLERMAN, Deceased;

PATRICIA KELLETT, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOSEPH P. KELLETT, Deceased;
JULIE ANNE KELLETT, as surviving Child of JOSEPH
P. KELLETT, Deceased;
CAMERON KELLETT, as surviving Child of JOSEPH
P. KELLETT, Deceased;
JOSEPH CALLAHAN, Esq. as Personal Representative
of the Estate of ANN SULLIVAN, Deceased, surviving
Parent of JOSEPH P. KELLETT;

JEAN FARRELL, Individually, as surviving Sibling, and
Personal Representative of the Estate of THOMAS R.
KELLY, Deceased;

SUSAN KELLY, Individually, as surviving Spouse, and
Personal Representative of the Estate of JOSEPH A.
KELLY, Deceased;
CHRISTOPHER KELLY, as surviving Child of JOSEPH
A. KELLY, Deceased;
THOMAS KELLY, as surviving Child of JOSEPH A.
KELLY, Deceased;
CAROLINE KELLY, as surviving Child of JOSEPH A.
KELLY, Deceased;
CATHERINE KELLY, as surviving Child of JOSEPH
A. KELLY, Deceased;
TIMOTHY KELLY, as surviving Child of JOSEPH A.
KELLY, Deceased;

MAUREEN KENNEDY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ROBERT C, KENNEDY, Deceased;

LEIGH KENNEDY, Individually, as surviving Child,
and Personal Representative of the Estate of YVONNE
KENNEDY, Deceased;
SIMON KENNEDY, as surviving Child of YVONNE
KENNEDY, Deceased;

ELLA KHALIF, Individually, as surviving Spouse, and
Personal Representative of the Estate of BORIS
KHALIF, Deceased;
STEVEN KHALIF, as surviving Child of BORIS
KHALIF, Deceased;

PAUL KIM, Individually, as surviving Parent, and
Personal Representative of the Estate of ANDREW KIM,
Deceased;

THERESA KING, Individually, as surviving Spouse, and
Personal Representative of the Estate of ROBERT
KING, Deceased;
STEPHEN J. KING, as surviving Child of ROBERT
KING, Deceased;

VERONICA KLARES, Individually, as surviving
Spouse, and Personal Representative of the Estate of
RICHARD J. KLARES, Deceased;

DONNA KLITZMAN, Individually, as surviving
Sibling, and Co-Personal Representative of the Estate of
KAREN KLITZMAN, Deceased;
SUSAN KLITZMAN, Individually, as surviving Sibling,
and Co-Personal Representative of the Estate of KAREN
KLITZMAN, Deceased;

IRINA DUBENSKAYA, Individually, as surviving
Spouse, and Personal Representative of the Estate of
EUGUENI KNIAZEV, Deceased;

MARION KNOX, Individually, as surviving Spouse, and
Personal Representative of the Estate of ANDREW
KNOX, Deceased;

ARSEN KOLPAKOV, Individually, as surviving Child,
and Personal Representative of the Estate of IRINA
KOLPAKOVA, Deceased;

YUN YU ZHENG, Individually, as surviving Spouse, and Personal Representative of the Estate of RAYMOND KUI FAI KWOK, Deceased;

MARIE HUNCHAK, Individually, as surviving Sibling, and Personal Representative of the Estate of ANDREW LA CORTE, Deceased;

SHERI ANNE LADLEY, Individually, as surviving Spouse, and Personal Representative of the Estate of JAMES P. LADLEY, Deceased;

FRANCES A. LAFORTE, Individually, as surviving Spouse, and Personal Representative of the Estate of MICHAEL P. LAFORTE, Deceased;
ANDREA LAFORTE, as surviving Child of MICHAEL P. LAFORTE, Deceased;
RAYMOND M. LAFORTE, as surviving Child of MICHAEL P. LAFORTE, Deceased;
FRANCES A. LAFORTE on behalf of MICHAEL LAFORTE, as surviving Child of MICHAEL P. LAFORTE, Deceased;

EDLENE C. LAFRANCE, Individually, as surviving Spouse, and Personal Representative of the Estate of ALAN LAFRANCE, Deceased;

COLETTE M. LAFUENTE, Individually, as surviving Spouse, and Personal Representative of the Estate of JUAN LAFUENTE, Deceased;

CAROL LAIETA, Individually, as surviving Spouse, and Personal Representative of the Estate of VINCENT LAIETA, Deceased;

KIMBERLY S. LAMANTIA, Individually, as surviving Spouse, and Personal Representative of the Estate of STEPHEN LAMANTIA, Deceased;

MORRIS D. LAMONSOFF, Individually, as surviving Parent, and Personal Representative of the Estate of AMY LAMONSOFF, Deceased;
WENDY MCENEANY, as surviving Sibling of AMY LAMONSOFF, Deceased;
STEVEN LAMONSOFF, as surviving Sibling of AMY LAMONSOFF, Deceased;

DAVID J. CHAZIN, Individually, as surviving Spouse, and Personal Representative of the Estate of RUTH LAPIN, Deceased;

HARLENE LARRY, Individually, as surviving Spouse, and Personal Representative of the Estate of HAMIDOU S. LARRY, Deceased;

KIM L. LASKO, Individually, as surviving Spouse, and Personal Representative of the Estate of GARY E. LASKO, Deceased;

LAURA J. LASSMAN, Individually, as surviving Parent, and Personal Representative of the Estate of NICHOLAS LASSMAN, Deceased;

MARCELLA LEAHY, Individually, and as Estate Representative of the Estate of James P. Leahy, Deceased and on behalf of all survivors of James P. Leahy;

ANDREA N. LEBLANC, Individually, as surviving Spouse, and Personal Representative of the Estate of ROBERT LEBLANC, Deceased;
PAUL LEBLANC, as surviving Child of ROBERT LEBLANC, Deceased;
NISSA YOUNGREN, as surviving Stepchild of ROBERT LEBLANC, Deceased;

NANCY LYNN ZUCKERMAN, Individually, as surviving Spouse, and Personal Representative of the Estate of ALAN J. LEDERMAN, Deceased;

KAREN LEE, Individually, as surviving Spouse, and Personal Representative of the Estate of RICHARD Y.C. LEE, Deceased;

MEI JY LEE, Individually, as surviving Child, and Personal Co-Representative of the Estate of YANG DER LEE, Deceased;
PHILIP LEE, Individually, as surviving Child, and Personal Co-Representative of the Estate of YANG DER LEE, Deceased;

JIN HEE KIM, Individually, as surviving Spouse, and Personal Representative of the Estate of HYUN JOON LEE, Deceased;

MARIA LEGRO, Individually, as surviving Sibling, and
Personal Representative of the Estate of ADRIANA
LEGRO, Deceased;
JEANETTE LEGRO, as surviving Sibling of ADRIANA
LEGRO, Deceased;
JUAN LEGRO, as surviving Sibling of ADRIANA
LEGRO, Deceased;

DONALD LEISTMAN, as Personal Representative of
the Estate of DAVID R. LEISTMAN, Deceased;
MARYCLAIR LEISTMAN, as surviving Spouse, and
Personal Representative of the Estate of DAVID R.
LEISTMAN, Deceased;

INGRID LENIHAN, Individually, as surviving Spouse,
and Personal Representative of the Estate of JOSEPH A.
LENIHAN, Deceased;

SUSAN LENOIR, Individually, as surviving Spouse, and
Personal Representative of the Estate of JOHN
ROBINSON LENOIR, Deceased;

CHRISTINE LEVEEN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JEFFERY E. LEVEEN, Deceased;

CHRISTY FERER, Individually, as surviving Spouse,
and Personal Representative of the Estate of NEIL D.
LEVIN, Deceased;

ROBERTA J. LEVINE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ROBERT M. LEVINE, Deceased;

MELVIN LEWIS, Individually, as surviving Child, and
Personal Representative of the Estate of MARGARET
LEWIS, Deceased;

HAYDEE C. LILLO, Individually, as surviving Spouse,
and Personal Representative of the Estate of CARLOS
LILLO, Deceased;

THOMAS E. TIGHE, Individually, as surviving Spouse,
and Personal Representative of the Estate of DIANE T.
LIPARI, Deceased;

ENRICA NACCARATO, Individually, as surviving
Sibling, and Personal Representative of the Estate of
LORRAINE LISI, Deceased;

EMILY LIZCANO, Individually, as surviving Spouse,
and Personal Representative of the Estate of HAROLD
LIZCANO, Deceased;

KATHLEEN KEELER LOZIER, Individually, as
surviving Spouse, and Personal Representative of the
Estate of GARY W. LOZIER, Deceased;

MAUREEN KELLY, Individually, as surviving Spouse,
and Personal Representative of the Estate of MARK
LUDVIGSEN, Deceased;

MARIE LUKAS, Individually, as surviving Parent, and
Personal Representative of the Estate of MARIE
LUKAS, Deceased;

MICHELLE PEGNO, Individually, as surviving Spouse,
and Personal Representative of the Estate of MICHAEL
P. LUNDEN, Deceased;
MICHELLE PEGNO on behalf of MATTHEW PEGNO,
minor as surviving Child of MICHAEL P. LUNDEN,
Deceased;

ANNE MACFARLANE, Individually, as surviving
Parent, and Personal Representative of the Estate of
MARIANNE MACFARLANE, Deceased;
GEORGE MACFARLANE, as surviving Sibling of
MARIANNE MACFARLANE, Deceased;
JOSEPH MACFARLANE, as surviving Sibling of
MARIANNE MACFARLANE, Deceased;

ANDREA MAFFEO, Individually, as surviving Sibling,
and Personal Representative of the Estate of
JENNIEANN MAFFEO, Deceased;
SAM MAFFEO, as surviving Parent of JENNIEANN
MAFFEO, Deceased;
ANDREA MAFFEO, as Personal Representative of the
Estate of FRANCES MAFFEO, Deceased, surviving
Parent, of JENNIEANN MAFFEO;
JOSEPH MAFFEO, as surviving Sibling of
JENNIEANN MAFFEO, Deceased;

41

PAMELA ANN MAGGITTI, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOSEPH MAGGITTI, Deceased;

SHARI MAIO, Individually, as surviving Spouse, and
Personal Representative of the Estate of JOSEPH MAIO,
Deceased;

REBECCA L MARCHAND, Individually, as surviving
Spouse, and Personal Representative of the Estate of
ALFRED MARCHAND, Deceased;

JOHN MARTIN, Individually, as surviving Sibling, and
Personal Representative of the Estate of KAREN A.
MARTIN, Deceased;

BETTYANN MARTINEAU, Individually, as surviving
Spouse, and Personal Representative of the Estate of
BRIAN E. MARTINEAU, Deceased;

JUAN MARTINEZ, JR., Individually, as surviving
Sibling, and Personal Representative of the Estate of
WALESKA MARTINEZ, Deceased;

LORI MASCALI, Individually, as surviving Spouse, and
Personal Representative of the Estate of JOSEPH
MASCALI, Deceased;

RAYNETTE MASCARENHAS, Individually, as
surviving Spouse, and Personal Representative of the
Estate of BERNARD MASCARENHAS, Deceased;

DOROTHY MAURO-JASTREMSKI, Individually, as
surviving Spouse, and Personal Representative of the
Estate of CHARLES A. MAURO, Deceased;

PEARL MAYNARD, Individually, as surviving Parent,
and Personal Representative of the Estate of KEITHROY
MAYNARD, Deceased;

MERYL MAYO, Individually, as surviving Spouse, and
Personal Representative of the Estate of ROBERT
MAYO, Deceased;
MERYL MAYO on behalf of CORBIN MAYO, minor,
as surviving Child of ROBERT MAYO, Deceased;

JEANNE MCALARY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JAMES MCALARY, Deceased;
JILLIAN MCALARY, as surviving Child of JAMES
MCALARY, Deceased;
JAMES MCALARY, as surviving Child of JAMES
MCALARY, Deceased;
JOSEPH MCALARY, as surviving Child of JAMES
MCALARY, Deceased;
KAREN HIGDON, as surviving Sibling of JAMES
MCALARY, Deceased;
BRYAN MCALARY, as surviving Sibling of JAMES
MCALARY, Deceased;

ANN MCCARTHY, Individually, as surviving Spouse,
and Personal Representative of the Estate of ROBERT G.
MCCARTHY, Deceased;
ANN MCCARTHY on behalf of SHANE MCCARTHY,
minor as surviving Child of ROBERT G. MCCARTHY,
Deceased;

WILLIAM MCCARTHY, Individually, as surviving
Parent, and Personal Representative of the Estate of
MICHAEL MCCARTHY, Deceased;

BETTY ANN MCCARTHY, Individually, as surviving
Parent, and Personal Representative of the Estate of
JUSTIN MCCARTHY, Deceased;

MICHELLE MCCRANN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
CHARLES A. MCCRANN, Deceased;

SUSAN MCDERMOTT, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MATTHEW MCDERMOTT, Deceased;

JOHN MCDOWELL, Individually, as surviving Parent,
and Personal Representative of the Estate of JOHN F.
MCDOWELL, JR., Deceased;

MARY BETH MCERLEAN, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOHN T. MCERLEAN, JR., Deceased;

MARGARET MCGINLEY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DANIEL MCGINLEY, Deceased;

ILIANA MCGINNIS-GUIBERT, Individually, as
surviving Spouse, and Personal Representative of the
Estate of THOMAS MCGINNIS, Deceased;

CYNTHIA MCGINTY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MICHAEL MCGINTY, Deceased;

JILL MCGOVERN, Individually, as surviving Spouse,
and Personal Representative of the Estate of SCOTT M.
MCGOVERN, Deceased;
ALANA MCGOVERN, as surviving Child of SCOTT
M. MCGOVERN, Deceased;
JILL MCGOVERN on behalf of NICOLE
MCGOVERN, minor, as surviving Child of SCOTT M.
MCGOVERN, Deceased;
TARA BAYER, as surviving Sibling of SCOTT M.
MCGOVERN, Deceased;

THERESA MCGOVERN, Individually, as surviving
Child, and Personal Representative of the Estate of ANN
W. MCGOVERN, Deceased;

VIRGINIA MCKEON, Individually, as surviving
Spouse, and Personal Representative of the Estate of
BARRY MCKEON, Deceased;

RUBINA COX-HOLLOWAY, Individually, as surviving
Parent, and Personal Representative of the Estate of
DARRYL L. MCKINNEY, Deceased;

GEORGE MCLAUGHLIN, Individually, as surviving
Parent, and Personal Representative of the Estate of
GEORGE P. MCLAUGHLIN, JR., Deceased;

DEBRA MCSWEENEY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
TIMOTHY MCSWEENEY, Deceased;

JOANN MEEHAN, Individually, as surviving Spouse,
and Personal Representative of the Estate of DAMIAN
MEEHAN, Deceased;

44

JOANN MEEHAN on behalf of DAMIAN MEEHAN,
JR., minor, as surviving Child of DAMIAN MEEHAN,
Deceased;
JOANN MEEHAN on behalf of MADISON MEEHAN,
minor, as surviving Child of DAMIAN MEEHAN,
Deceased;

JOVIANA MERCADO, Individually, as surviving
Spouse, and Personal Representative of the Estate of
STEVE MERCADO, Deceased;

OLGA MERINO, Individually, as surviving Spouse, and
Personal Representative of the Estate of GEORGE L.
MERINO, Deceased;

KOULA MERKOURIS, Individually, as surviving
Spouse, and Personal Representative of the Estate of
GEORGE MERKOURIS, Deceased;

ANNE MCNEIL, Individually, as surviving Spouse, and
Personal Representative of the Estate of MARTIN
MICHELSTEIN, Deceased;

FREDERYK MILEWSKI, Individually, as surviving
Parent, and Personal Representative of the Estate of
LUKASZ MILEWSKI, Deceased;

JENNIFER MINGIONE, Individually, and as Estate
Representative of the Estate of Thomas Mingione, Deceased
and on behalf of all survivors of Thomas Mingione;

RICHARD VILLA, Individually, as surviving Sibling,
and Personal Representative of the Estate of SHARON
CHRISTINA MILLAN, Deceased;
MAURICIO MILLAN, as surviving Parent of SHARON
CHRISTINA MILLAN, Deceased;
CHRISTINA MILLAN, as surviving Parent of SHARON
CHRISTINA MILLAN, Deceased;
PATRICIA MARZOCCHI, as surviving Sibling of
SHARON CHRISTINA MILLAN, Deceased;
CARLOS VILLA, as surviving Sibling of SHARON
CHRISTINA MILLAN, Deceased;

FAITH MILLER, Individually, as surviving Spouse, and
Personal Representative of the Estate of ROBERT
ALAN MILLER, Deceased;

DINA MILLER, as surviving Child of ROBERT ALAN
MILLER, Deceased;
MELANIE PAVELIS, as surviving Child of ROBERT
ALAN MILLER, Deceased;
EDWARD MILLER, as surviving Sibling of ROBERT
ALAN MILLER, Deceased;
STEVEN MILLER, Individually, as surviving Sibling,
and Personal Representative of the Estate of ROBERT
ALAN MILLER, Deceased;

DIANE MILLER, Individually, as surviving Spouse, and
Personal Representative of the Estate of HENRY A.
MILLER, JR. Deceased;

MARJORIE MILLER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JOEL MILLER, Deceased;

RICHARD A. PITINO, Individually, as surviving Estate
Rep, and Personal Representative of the Estate of
WILLIAM G. MINARDI, Deceased;

BARBARA MINERVINO, Individually, as surviving
Spouse, and Personal Representative of the Estate of
LOUIS J. MINERVINO, Deceased;
LAINA MINERVINO, as surviving Child of LOUIS J.
MINERVINO, Deceased;
MARISA MINERVINO, as surviving Child of LOUIS J.
MINERVINO, Deceased;

JOANNE MODAFFERI, Individually, as surviving
Spouse, and Personal Representative of the Estate of
LOUIS MODAFFERI, Deceased;

ANNA MOJICA, Individually, as surviving Spouse, and
Personal Representative of the Estate of MANUEL
MOJICA, JR., Deceased;

DIANE MONAHAN, Individually, as surviving Spouse,
and Personal Representative of the Estate of JOHN G.
MONAHAN, Deceased;

SARADHA MOORTHY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
KRISHNA MOORTHY, Deceased;

ROBERTA MORELL, Individually, as surviving
Spouse, and Personal Representative of the Estate of
GEORGE MORELL, Deceased;

SURI MORGENSTERN, Individually, as surviving
Parent, and Personal Representative of the Estate of
NANCY MORGENSTERN, Deceased;

NANCY MORONEY, Individually, as surviving Spouse,
and Personal Representative of the Estate of DENNIS
MORONEY, Deceased;

KIMBERLY MARTONE, Individually, as surviving
Spouse, and Personal Representative of the Estate of
CHRISTOPHER M. MORRISON, Deceased;

EMILY VELEZ MOTRONI, Individually, as surviving
Spouse, and Personal Representative of the Estate of
MARCO MOTRONI, Deceased;

CHRIS MOTRONI, as surviving Child of MARCO
MOTRONI, Deceased;

PATRICK J. MULLAN, Individually, and as Estate
Representative of the Estate of Michael Mullan, Deceased
and on behalf of all survivors of Patrick J. Mullan;

CATHY LYNN BIRCH, Individually, as surviving
Sibling, and Personal Representative of the Estate of
MARC A. MUROLO, Deceased;

ELVIRA MURPHY, Individually, as surviving Spouse,
and Personal Representative of the Estate of PATRICK
MURPHY, Deceased;

JUDITH BRAM MURPHY, Individually, as surviving
Spouse, and Personal Representative of the Estate of
BRIAN J. MURPHY, Deceased;

ELIZABETH MURPHY, Individually, as surviving
Parent, and Personal Representative of the Estate of
CHARLES A. MURPHY, Deceased;

GAIL S. CLARK, Individually, as surviving Spouse, and
Personal Representative of the Estate of RICHARD T.
MYHRE, Deceased;

RICHARD B. NAIMAN, Individually, as surviving
Child, and Personal Representative of the Estate of
MILDRED R. NAIMAN, Deceased;

EDWARD NAVARRO, Individually, as surviving
Parent, and Personal Representative of the Estate of
KAREN S. NAVARRO, Deceased;

WILLIAM NELSON, Individually, as surviving Spouse,
and Personal Representative of the Estate of THERESA
GINGER NELSON-RISCO, Deceased;

EVELYN TEPEDINO, Individually, as surviving Parent,
and Personal Representative of the Estate of JODY
TEPEDINO NICHOLO, Deceased;

GEORGE NICOSIA, Individually, as surviving Spouse,
and Personal Representative of the Estate of
KATHLEEN A. NICOSIA, Deceased;
PHYLLIS HAWK, as surviving Mother of KATHLEEN
A. NICOSIA, Deceased;
KIMBERLY MEYER, as surviving Sibling of
KATHLEEN A. NICOSIA, Deceased;

MERRILLY E. NOETH, Individually, as surviving
Parent, and Personal Representative of the Estate of
MICHAEL NOETH, Deceased;

DANA MCGOWAN NOONAN, Individually, as
surviving Spouse, and Personal Representative of the
Estate of ROBERT W. NOONAN, Deceased;
CHARLES NOONAN, as surviving Child of ROBERT
W. NOONAN, Deceased;
ANNE C. NOONAN, as surviving Parent of ROBERT
W. NOONAN, Deceased;
WALTER P. NOONAN, as surviving Parent of
ROBERT W. NOONAN, Deceased;
ASHLEY NOONAN, as surviving Sibling of ROBERT
W. NOONAN, Deceased;
ANNE WELLINGTON NOONAN ROBERTSON, as
surviving Sibling of ROBERT W. NOONAN, Deceased;
KELLY NOONAN, as surviving Sibling of ROBERT W.
NOONAN, Deceased;

JEFFREY LOVIT, ESQ., as Personal Representative of
the Estate of JACQUELINE NORTON, Deceased;

JASON SEYMOUR, as surviving Child of
JACQUELINE NORTON, Deceased;
JOHN SEYMOUR, as surviving Child of JACQUELINE
NORTON, Deceased;
JAMES SEYMOUR, as surviving Child of
JACQUELINE NORTON, Deceased;

JEFFREY LOVIT, ESQ., Individually, as Personal
Representative of the Estate of ROBERT G. NORTON,
Deceased;

WILLIAM B. NOVOTNY, Individually, as surviving
Sibling, and Co-Personal Representative of the Estate of
BRIAN C. NOVOTNY, Deceased;
MICHAEL C. NOVOTNY, Individually, as surviving
Sibling, and Co-Personal Representative of the Estate of
BRIAN C. NOVOTNY, Deceased;
DANIEL NOVOTNY, as surviving Sibling of BRIAN C.
NOVOTNY, Deceased;
MICHAEL C. NOVOTNY, as Co-Personal
Representative of the Estate of JOHN B. NOVOTNY,
Deceased, surviving Sibling of BRIAN C. NOVOTNY;
WILLIAM B. NOVOTNY, as Co-Personal
Representative of the Estate of JOHN B. NOVOTNY,
Deceased, surviving Sibling of BRIAN C. NOVOTNY;

ARLENE NUSSBAUM, Individually, as surviving
Spouse, and Personal Representative of the Estate of
JEFFERY NUSSBAUM, Deceased;
CRAIG NUSSBAUM, as surviving Child of JEFFERY
NUSSBAUM, Deceased;
MELISA BRUNSCHWIG, as surviving Child of
JEFFERY NUSSBAUM, Deceased;

LISANNE MACKENZIE, Individually, as surviving
Parent, and Personal Representative of the Estate of
JAMES P. O'BRIEN, JR., Deceased;

KELLY HAYES, Individually, as surviving Spouse, and
Personal Representative of the Estate of SCOTT J.
O'BRIEN, Deceased;

WILLIAM O'CONNOR, Individually, as surviving
Spouse, and Personal Representative of the Estate of
DIANA J. O'CONNOR, Deceased;

LYNNE O'CONNOR, Individually, as surviving Spouse,
and Personal Representative of the Estate of RICHARD
J. O'CONNOR, Deceased;

DENNIS O'CONNOR, SR., Individually, as surviving
Parent, and Personal Representative of the Estate of
DENNIS J. O'CONNOR, JR., Deceased;

GERALDINE DAVIE, Individually, as surviving
Sibling, and Personal Representative of the Estate of
AMY O'DOHERTY, Deceased;
MAURA O'DOHERTY LEE, as surviving Sibling of
AMY O'DOHERTY, Deceased;
JAMES WALLACE O'GRADY, Individually, as
surviving Parent, and Personal Representative of the
Estate of JAMES A. O'GRADY, Deceased;
SARA O'GRADY, as surviving Parent of JAMES A.
O'GRADY, Deceased;
KRISTIN O'GRADY EVANS, as surviving Sibling of
JAMES A. O'GRADY, Deceased;

ANDREA O'HAGAN, Individually, as surviving Spouse,
and Personal Representative of the Estate of THOMAS
G. O'HAGAN, Deceased;
ANDREA O'HAGAN on behalf of PATRICK
O'HAGAN, minor as surviving Child of THOMAS G.
O'HAGAN, Deceased;
ANDREA O'HAGAN on behalf of PIERCE O'HAGAN,
minor, as surviving Child of THOMAS G. O'HAGAN,
Deceased;

MARY JEAN MCCARTHY O'LEARY, Individually, as
surviving Spouse, and Personal Representative of the
Estate of GERALD THOMAS O'LEARY, Deceased;
MICHAEL PATRICK O'LEARY, as surviving Child of
GERALD THOMAS O'LEARY, Deceased;

OLIVA TONY, Individually, as surviving Sibling, and
Personal Representative of the Estate of LINDA OLIVA,
Deceased;

SHERYL JANE OLIVER, Individually, as surviving
Spouse, and Personal Representative of the Estate of
EDWARD K. OLIVER, Deceased;
EMILY OLIVER, as surviving Child of EDWARD K.
OLIVER, Deceased;